≈AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

ACIST Medical Systems, Inc.,

        Plaintiff,     **JUDGMENT IN A CIVIL CASE**

V.

                                Case Number:   11-cv-00539 (ADM/JJK)

OPSENS, Inc.,

        Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

| March 1, 2012 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/   M. Price |
| (By) | M.Price   Deputy Clerk |